AO 91 (Rev. 5/85) Criminal Complaint



# United States District Court
### District of Oregon

UNITED STATES OF AMERICA

v.

DARRYL JAMES SWANSON

**CRIMINAL COMPLAINT**

CASE NUMBER: CR 11-262 BR

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief: Between about May 2, 2011 and June 30, 2011, in the District of Oregon and elsewhere, defendant DARRYL JAMES SWANSON did knowingly and willfully threaten to take the life of President Barack Obama and his family in violation of Title 18, United States Code, Section 871.

I further state that I am a Special Agent with the United States Secret Service, and that this complaint is based upon the attached affidavit which is attached hereto and incorporated herein by this reference.

Continued on the attached sheet and made a part hereof:  X  Yes    __ No

_____
RONALD WAYNE BROWN
Special Agent, United States Secret Service

Sworn to before me and subscribed in my presence:

July 1, 2011                              at        PORTLAND, OREGON
Date

_____
Signature of Judicial Officer

Donald C. Ashmanskas
United States Magistrate Judge

Name and Title of Judicial Officer

STATE OF OREGON )
) AFFIDAVIT OF RONALD W. BROWN
County of Multnomah )

1. I, Ronald W. Brown, am a Special Agent (SA) of the United States Secret Service (USSS) and have been so employed since March 21, 1994. In the course of my official duties, I have investigated cases involving threats against the President of the United States. I have received specialized training from the United States Secret Service in techniques of interviewing individuals who have made threats. I am a graduate of the Federal Law Enforcement Training Center and the USSS Special Agent Training Course. The information herein is based on my investigation. This affidavit is being submitted in support of a criminal complaint charging Darryl James Swanson with knowingly and willfully threatening to take the life of, to kidnap or to inflict bodily harm upon the President of the United States Barack Obama and his family, and a warrant for his arrest on those charges.

2. On May 3, 2009, I was contacted by Acting (SAIC) Special Agent in Charge Robert Kierstead of the Seattle Field Office, regarding an individual by the name of Darryl Swanson. Swanson had left voice mail messages on the Seattle Bureau of the Associated Press. A message received 10:02 pm Monday, May 2, 2011 stated:

"Hi, this is Darryl Swanson calling …five…area… phone number, 503-235-8419. I don't know which part of this story you want to go with…I may have to…I may have to get in touch with Al-Qaeda and get a hold of at least one, possibly two good working machine guns and blast my way into the White House leaving the President and the First Family in caskets full of blood.

1

"If you want to know about this, you know, more, you know, or do you want to call the FBI first, I don't know, but the thing of it is, is everybody calls the FBI first, and the no one calls me, and then the reality is, is no one gets the true story. In other words, I'm the angel of Revelations 18:1 and right now what I am dealing with, with a bank problem. It is going to take, it is going to take, getting machine guns from Al-Qaeda and blowing the fucking First Family away, with them.

"I have a problem with the bank and the next major multi-million dollar deposit that I'm going to make, I'm going to make the deposit, get the receipt, and then again, probably from Al-Qaeda, I'm going to use the machine guns to kill every fucking teller, the manager, you know, every, everybody that could possibly be another fucking thief. The President of the United States is part of my first theft with the bank. At any rate, I know you're going to call the police, I know you're going to call the FBI, and then they're all going to take care of it and you're not going to call me.

But at any rate if you really want to know the truth, the truth is praise God, if God allows Al-Qaeda to drop a bomb on the fucking White House with the President inside and the First Family so we don't have to have any mourners over this situation.

This is one nigger you can burn those ashes till they are fucking white, but never get the nigger out of that black-assed sucking thieving bastard fuck of a nigger…"

3.    On 5/3/11, I interviewed Darryl James Swanson at his apartment, 2935 SE Francis, #4, Portland, OR. Swanson admitted making the voicemails, saying he was frustrated with the President over not receiving a check from him for 70 million dollars.

2

Swanson claimed that he was owed this money because a trust fund had been set up for him the day he was born. I informed him that no such trust fund existed and that he would never receive any money. Swanson did not seem convinced of this. Swanson swore to a statement in which he apologized for threatening the President and his family. Swanson signed a consent to search his apartment. No weapons or any other threatening materials were found. Swanson did possess an empty bottle of Lithium Carbonate 300mg which he claims was for sleeping and that he was going to refill the prescription that day. Before leaving I informed Swanson that he was not to make any additional threats to the President and his family. Swanson advised that he would not.

4. On 5/9/11, SA Ashley Collins from the Miami Field office contacted me and advised that she was sending me three hours of voice mails that Darryl Swanson had left with the Palm Beach, Florida County Commissioners Office. During one of these voicemails Swanson states "that we call the police on him, they come to his door, God slaughters them. Aim those fucking guns at the president, kill the rapist."

5. On 5/25/11, SA Adam Sale and I interviewed Darryl Swanson at his apartment, 2935 SE Francis #4, Portland, OR. I informed Swanson that we were aware of his continued voicemail activity and that he needed to stop leaving threatening voicemail messages. I further advised that if he continued I would seek federal prosecution in the matter. Swanson apologized and claimed that he would not continue this activity.

6.   On Sunday, June 19, 2011, the Office of the United States Attorney for the District of Oregon, located in the Mark O. Hatfield U.S. Courthouse in Portland, received 44 voicemail messages from Swanson. Many of the messages repeated threats against President Obama, and there were threats against law enforcement and the U.S. Attorney's Office. In one of these messages Swanson says, "There is no law enforcement…capable of protecting President Obama at this point….If the check isn't mailed, uh, he doesn't go to jail, he'll lose his life."

7.   I have learned that the United States Attorney's Office for the Western District of Washington in Seattle also reports receiving threatening phone calls from Swanson on Thursday, June 30, 2011. These calls were similar in nature to the calls to the U.S. Attorney in Portland and included threats against the life of the President.

8.   Law enforcement records show Darryl James Swanson is a white male with a date of birth of February 23, 1966. I know he continues to reside at the Portland address listed above.

9.   I have presented this case to Assistant United States Attorney Stephen Peifer of the District of Oregon, who believes there is probable cause to believe Swanson has committed the crime of threatening the life of the President.

10.   Based on my knowledge of this investigation and the facts set forth above, I believe there is probable cause to believe that Darryl James Swanson knowingly and willfully made threats to take the life of President Barack Obama and his family in violation of Title 18, United States Code, Section 871, and that a warrant for his arrest should issue.

_____
Ronald W. Brown
Special Agent, United States Secret Service

Subscribed and sworn to before me this 1st day of July, 2011.

_____
Donald C. Ashmanskas
United States Magistrate Judge

5